# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 11 , 2008

**Before**

FRANK H. EASTERBROOK,  *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 06-4356 | |
| | Appeal from the United States District |
| UNITED STATES OF AMERICA, | Court for the Central District of |
| *Plaintiff-Appellee*, | Illinois. |
| | |
| *v.* | No. 05-30096 |
| | |
| DONDI McINTOSH, | Jeanne E. Scott, |
| *Defendant-Appellant*. | *Judge.* |

**O R D E R**

It is ORDERED that the first line of this court's order in this case, issued March 19, 2008, be amended to read as follows:

Dondi McIntosh pleaded guilty to conspiracy to distribute at least five kilograms of cocaine, *see* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and use of a telephone in a drug offense, *see* 21 U.S.C. § 843(b).